UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609+646-6200

| In Re: | Case No.: | 15-26163 |
|--------|-----------|----------|
| Jessica & Thomas Federico | Judge: | JNP |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by ___ Toyota Lease Trust ___,
      creditor,

      A hearing has been scheduled for _____ 8/8/2017 _____, at 10:00 AM.


      ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

      A hearing has been scheduled for _____ _____ _____ __, at _____ ____.


      ☐ Certification of Default filed by _____ _____ _____ _____,

      I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons **(choose one)**:

      ☐ Payments have been made in the amount of $ _____, but have not
      been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

The debtors can resume regular payments in August and request the arrears be paid in the plan.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _7/17/2017_____  ⸺                       /S/ Jessica Federico_____  _____
                                                                                Debtor's Signature

Date: 7/17/2017 ____ _ _____                       /S/ Thomas D Federico_____  ____
                                                                                Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8 1 15*