| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>_____<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Mester & Schwartz, P.C.<br>Jason Brett Schwartz, Esquire<br>Bar No. 4217<br>1333 Race Street<br>Philadelphia, PA 19107<br>(267) 909-9036 | <br><br>**Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |

| | |
|---|---|
| **In Re:**<br><br>**JESSICA FEDERICO a/k/a JESSICA BUCHMAN a/k/a JESSICA COLCLOUGH and THOMAS D FEDERICO a/k/a THOMAS COLCLOUGH,**<br><br>       **Debtors** | Case No.: 15-26163-JNP<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: December 19, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2
Debtor:            Jessica Federico & Thomas D Federico
Case No.:          15-26163-JNP
Caption of Order:  Order Vacating Stay as To Personal Property

Upon consideration of Capital One Auto Finance, A Division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2012 NISSAN Versa-4 Cyl. Sedan 4D SV**
**V.I.N. 3N1CN7AP0CL899505**