UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on December 19,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

**In Re:**

**JESSICA FEDERICO a/k/a JESSICA BUCHMAN a/k/a JESSICA COLCLOUGH and THOMAS D FEDERICO a/k/a THOMAS COLCLOUGH,**

**Debtors**

Case No.: 15-26163-JNP

Judge: Jerrold N. Poslusny, Jr.

**ORDER VACATING STAY**

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: December 19, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Jessica Federico & Thomas D Federico |
| Case No.: | 15-26163-JNP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, A Division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2012 NISSAN Versa-4 Cyl. Sedan 4D SV**
**V.I.N. 3N1CN7AP0CL899505**

United States Bankruptcy Court
District of New Jersey

In re:  
Jessica Federico  
Thomas D Federico  
    Debtors

Case No. 15-26163-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Dec 20, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db/jdb     +Jessica Federico,   Thomas D Federico,   211 N. Lafayette Ave.,   Ventnor, NJ 08406-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
      Francesca Ann Arcure   on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
      Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com  
      Kevin M. Buttery   on behalf of Creditor   US Bank National Association kevinbuttery@gmail.com  
      Patrick O. Lacsina   on behalf of Creditor   Ocwen Loan Servicing, LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
      Thomas E. Dowey   on behalf of Joint Debtor Thomas D Federico tdesquire@hotmail.com  
      Thomas E. Dowey   on behalf of Debtor Jessica Federico tdesquire@hotmail.com

                                            TOTAL: 11