Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 15−26163−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jessica Federico                                     Thomas D Federico
    aka Jessica Buchman, aka Jessica             aka Thomas Colclough
    Colclough                                            211 N. Lafayette Ave.
    211 N. Lafayette Ave.                          Ventnor, NJ 08406
    Ventnor, NJ 08406

Social Security No.:
   xxx−xx−9529                                       xxx−xx−9529

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after September 6, 2018 for the reason(s) indicated below.

☐     Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐     Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑     Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐     Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 7, 2018
JAN: kvr

                                                                          Jeanne Naughton
                                                                          Clerk