Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15–26163–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jessica Federico | Thomas D Federico |
| aka Jessica Buchman, aka Jessica | aka Thomas Colclough |
| Colclough | 211 N. Lafayette Ave. |
| 211 N. Lafayette Ave. | Ventnor, NJ 08406 |
| Ventnor, NJ 08406 | |

Social Security No.:
   xxx–xx–9529                                          xxx–xx–9529

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

　　　You are hereby notified that the above–named case will be closed without entry of discharge on or after September 6, 2018 for the reason(s) indicated below.

☐　　Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐　　Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑　　Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐　　Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 7, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-26163-JNP
Jessica Federico                                                          Chapter 13
Thomas D Federico
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 07, 2018
                             Form ID: clsnodsc        Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb        +Jessica Federico,   Thomas D Federico,   211 N. Lafayette Ave.,   Ventnor, NJ 08406-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:14     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                           TOTAL: 2


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicing agent
           for Toyota Lease Trust NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Kevin M. Buttery    on behalf of Creditor    US Bank National Association kevinbuttery@gmail.com
          Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
           PATRICK.LACSINA@GMAIL.COM
          Thomas E. Dowey    on behalf of Joint Debtor Thomas D Federico tdesquire@hotmail.com
          Thomas E. Dowey    on behalf of Debtor Jessica  Federico tdesquire@hotmail.com
                                                                            TOTAL: 11