**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jessica Federico |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | Thomas D Federico |
| | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–9529
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–9529
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   15–26163–JNP

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jessica Federico
aka Jessica Buchman, aka Jessica Colclough

Thomas D Federico
aka Thomas Colclough

8/8/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-26163-JNP
Jessica Federico                                                      Chapter 13
Thomas D Federico
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 3           Date Rcvd: Aug 08, 2018
                             Form ID: 3180W        Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb       +Jessica Federico,    Thomas D Federico,    211 N. Lafayette Ave.,    Ventnor, NJ 08406-1624
cr           +Ocwen Loan Servicing, LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
               Fairfield, NJ 07004-2927
cr           +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
cr           +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr           +Toyota Motor Credit Corporation as servicing agent,    c/o Buckley Madole PC,
               99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr           +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
515707705    +Atlantic Gastroenterology,   C/O Merchants Credit Guide Co.,    223 W. Jackson Blvd, #700,
               Chicago, IL 60606-6914
515707706    +Atlantic Medical Imaging,    PO Box 1564,   Indianapolis, IN 46206-1564
515707707    +Atlantic Pro-Med Billing Services, Inc,    PO Box 195,    Northfield, NJ 08225-0195
515707708     Atlanticare Clinical Lab,   Po Bx 785616,    Philadelphia, PA 19178-5616
515707720    +DBA Paragon Revenue Group,   Po Box 128,    Concord, NC 28026-0128
515885034    +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
515781686    +OCWEN LOAN SERVICING, LLC,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
               6409 CONGRESS AVE, SUITE 100,    BOCA RATON, FL 33487-2853
515707723     Ocwen Loan Servicing,   Po Box 34738,    West Palm Beach, FL  33416-4738
516053011    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
515707732     Toyota Lease Trust,   P.O. Box 105386,    Parsippany, NJ  07054
516202998    +VW CREDIT LEASING, LTD.,   c/o VW Credit, Inc.,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
515755974    +VW Credit Leasing, Ltd,   PO Box 9013,    Addison, Texas 75001-9013
515707738    +Zale/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515707704     EDI: IIC9.COM Aug 09 2018 03:08:00     Aim Cape May,   C/O IC Systems,
               444 Highway 96 East, PO Box 64378,    St. Paul, MN  55164-0378
515707710     EDI: CAPITALONE.COM Aug 09 2018 03:08:00      Capital One,   15000 Capital One Dr,
               Richmond, VA  23238
515707709    +EDI: CAPITALONE.COM Aug 09 2018 03:08:00      Cap1/Ymaha,    26525 N. Riverwoods Blvd,
               Mettawa, IL 60045-3440
515707712    +EDI: CAPONEAUTO.COM Aug 09 2018 03:08:00      Capital One Auto Finance,    3901 Dallas Parkway,
               Plans, TX 75093-7864
515805320    +EDI: AIS.COM Aug 09 2018 03:08:00     Capital One Auto Finance c/o AIS,
               Portfolio Services, LP f/k/a AIS Data,    Services d/b/a Ascension Capital Group,
               4515 N. Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
515723746    +EDI: AISACG.COM Aug 09 2018 03:08:00      Capital One Auto Finance, a division of Capital On,
               P.O. Box 201347,   Arlington, TX 76006-1347
515734966     EDI: CAPITALONE.COM Aug 09 2018 03:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
515707713    +EDI: CHASE.COM Aug 09 2018 03:08:00     Circuit City,    Po Box 15298,
               Wilmington, DE 19850-5298
515707714    +E-mail/Text: bankruptcy@philapark.org Aug 08 2018 23:35:06      City Of Philadelphia,
               Parking Violations,   Po Box 41818,    Philadelphia, PA 19101-1818
515707715    +EDI: WFNNB.COM Aug 09 2018 03:08:00     Comenity Bank/Express,    Po Box 182789,
               Columbus, OH 43218-2789
515707716    +EDI: WFNNB.COM Aug 09 2018 03:08:00     Comenity Bank/Nwyrk&Co,    220 W. Schrock Road,
               Westerville, OH 43081-2873
515707717    +EDI: WFNNB.COM Aug 09 2018 03:08:00     Comenity Bank/Vctrssec,    Po Box 182789,
               Columbus, OH 43218-2789
515707718    +EDI: RCSFNBMARIN.COM Aug 09 2018 03:08:00      Credit One  Bank,    PO Box 98875,
               Las Vegas, NV 89193-8875
515707721     EDI: IIC9.COM Aug 09 2018 03:08:00     IC Systems Collections,    Po Box 64378,
               Saint Paul, MN  55164-0378
515926324     EDI: JEFFERSONCAP.COM Aug 09 2018 03:08:00      Jefferson Capital Systems LLC,    PO Box 7999,
               Saint Cloud MN 56302-9617
515911973     EDI: RESURGENT.COM Aug 09 2018 03:08:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
515707722     E-mail/Text: csd1clientservices@cboflanc.com Aug 08 2018 23:34:48      Lancaster Collections,
               218 W Orange Street,    Lancaster, PA  17603-3746
515845063     EDI: PRA.COM Aug 09 2018 03:08:00     Portfolio Recovery Associates, LLC,    c/o Zales,
               POB 41067,   Norfolk VA 23541

```
District/off: 0312-1           User: admin              Page 2 of 3                   Date Rcvd: Aug 08, 2018
                               Form ID: 3180W           Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515707724      +EDI: RMCB.COM Aug 09 2018 03:08:00      Pathology Solutions,
                 C/O American Medical Collection Agency,    4 Westchester Plaza, Bldg 4,
                 Elmsford, NY 10523-1612
515807734      +E-mail/Text: bankruptcy@philapark.org Aug 08 2018 23:35:06       Philadelphia Parking Authority,
                 701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
515779136       EDI: Q3G.COM Aug 09 2018 03:08:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA   98083-0788
515794242       EDI: Q3G.COM Aug 09 2018 03:08:00       Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA   98083-0788
515707725      +EDI: RMSC.COM Aug 09 2018 03:08:00       SYNCB/Amazon,    Po Box 965015,    Orlando, FL 32896-5015
515707726      +EDI: RMSC.COM Aug 09 2018 03:08:00       SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
515707727      +EDI: RMSC.COM Aug 09 2018 03:08:00       SYNCB/Lumber Liquidators,    PO Box 965036,
                 Orlando, FL 32896-5036
515707728      +EDI: RMSC.COM Aug 09 2018 03:08:00       SYNCB/Sleepys,    Po Box 965036,    Orlando, FL 32896-5036
515707729      +EDI: RMSC.COM Aug 09 2018 03:08:00       SYNCB/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
515707733       EDI: TFSR.COM Aug 09 2018 03:08:00       Toyota Motor Credit,    4 Gatehall Drive, Ste 350,
                 Parsippany, NJ   07054
515707730      +EDI: WTRRNBANK.COM Aug 09 2018 03:08:00       Target Corp,    Po Box 673,
                 Minneapolis, MN 55440-0673
515707731      +EDI: TFSR.COM Aug 09 2018 03:08:00       Toyota Lease Trust,    P.O. Box 105386,
                 Atlanta, GA 30348-5386
515856426       EDI: BL-TOYOTA.COM Aug 09 2018 03:08:00       Toyota Motor Credit Corporation,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515707734      +E-mail/Text: vci.bkcy@vwcredit.com Aug 08 2018 23:34:24       VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
515707737      +EDI: WFFC.COM Aug 09 2018 03:08:00       WFFNATBANK,    Po Box 94498,    Las Vegas, NV 89193-4498
515707735      +EDI: BLUESTEM Aug 09 2018 03:08:00       Webbank/Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
515707736      +EDI: BLUESTEM Aug 09 2018 03:08:00       Webbank/Gettington,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515707711*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Drive,    Richmond, VA   23238)
515707719*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicing agent
           for Toyota Lease Trust NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
```

```
District/off: 0312-1          User: admin                Page 3 of 3                  Date Rcvd: Aug 08, 2018
                              Form ID: 3180W             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin M. Buttery    on behalf of Creditor    US Bank National Association kevinbuttery@gmail.com
          Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC , PATRICK.LACSINA@GMAIL.COM
          Thomas E. Dowey    on behalf of Debtor Jessica  Federico tdesquire@hotmail.com
          Thomas E. Dowey    on behalf of Joint Debtor Thomas D Federico tdesquire@hotmail.com
                                                                                                                                      TOTAL: 11