Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−26163−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jessica Federico
aka Jessica Buchman, aka Jessica Colclough
211 N. Lafayette Ave.
Ventnor, NJ 08406

Thomas D Federico
aka Thomas Colclough
211 N. Lafayette Ave.
Ventnor, NJ 08406

Social Security No.:
  xxx−xx−9529                                                xxx−xx−9529

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 7, 2018</u>          <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court